**FILED**

07/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0315

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0315

ALYSON RAGSDALE,

Plaintiff and Appellant,

v.

POWDER RIVER COUNTY,

Defendant and Appellee.

**FILED**

JUL 29 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 30, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

DATED this _____ day of July, 2021.

For the Court,

By_____
Justice